THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TYRONE LESLIE FARRIS, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-18-738-R |
| | ) | |
| JIMMY MARTIN, et al., | ) | |
| | ) | |
|     Respondent. | ) | |

# **ORDER**

Before the Court is the August 7, 2018 Report and Recommendation of Magistrate Judge Suzanne Mitchell addressing Petitioner's Motion for Leave to Proceed In Forma Pauperis and recommending it be denied because Petitioner has the means to pay the $5.00 filing fee. In his objection, Petitioner does not take issue with the recommendation that he be required to pay. Rather, Mr. Farris contends that he submitted a request to have the money paid from his mandatory savings account, but that he has received no notice indicating the funds were withdrawn by prison officials and forwarded to the Court. Consistent with Petitioner's belief, the Court has not received the payment. The Court hereby ADOPTS the Report and Recommendation and DENIES Petitioner's request for leave to proceed in forma pauperis. Petitioner is hereby ordered to provide a copy of this Order to his case manager and other appropriate personnel at the North Fork Correctional Institution, where he is detained, so that officials can submit the $5.00 payment to the Court not later than October 15, 2018. Officials of North Forth Correctional Facility are hereby ordered to tender payment of $5.00 to this Court from the inmate mandatory savings

account of Petitioner Tyrone Leslie Farris not later than October 15, 2018 or to show cause why payment has not been tendered on his behalf.

Mr. Farris also filed an "Objection to Order File August 7, 2018" (Doc. No. 12), challenging the Court's Order denying his Motion for Recusal. Although Petitioner offers additional argument in support of his renewed request for recusal, there is no basis in law or fact for the District Judge to recuse in this matter. Accordingly, the Objection is hereby overruled.

IT IS SO ORDERED this 20th day of September 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE